United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 14-13452-CPM
Thomas Salvador Martino                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8           User: admin             Page 1 of 2             Date Rcvd: Dec 19, 2014
                               Form ID: aPOCjck        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2014.
```
db              +Thomas Salvador Martino,    114 East Davis Blvd. #3,    Tampa, FL 33606-3507
25094409        +Bright House Networks,    One Galleria Tower,    13355 Noel Rd S.,    Dallas, TX 75240-6602
25148057        +Callen Trust,   PO Box 8747,    Savannah, GA 31412-8747
25094410        +Deville Corp,   2018 East 7th Ave,    Tampa, FL 33605-3902
25094411        +Gold Standard Properties LLC,    2018 East 7th Ave,    Tampa, FL 33605-3902
25094412        +Heritage Bank of Florida,    fdic,   550 17th Street NW,    Washington, DC 20429-0001
25094413        +JH Portfolio Debt Equities,    c/o Credit Control, LLC,    5757 Phantom Dr.,    Suite 330,
                  Hazelwood, MO 63042-2429
25148059        +Les Fineman,   Pensco Trust Company,    fbo Leslie Fineman IRA,    23420 Mirabella Circle South,
                  Boca Raton, FL 33433-6128
25094414        +Medmarc Casualty Ins Co.,    PO Box 10809,   Chantilly, VA 20153-0809
25094417        +Old Dominion Ins. Co.,    4601 Touchstone Rd,   Suite 3300,   Jacksonville, FL 32246-4485
25094418        +Platinum Bank,   802 W. Lumsden Rd.,    Brandon, FL 33511-6279
25094419         Portfolio Asset Group,   c/o,   Mercantile Adjustment Bureau,    35A Rust Lane,
                  Boerne, TX 78006-8202
25094420        +Pushpin Holdings, LLC,    1 Penn Plaza,   Box 6255,   New York, NY 10119-0002
25094421        +S.A. Aquisitions,    c/o A. Christopher Kasten II,    Bush Ross, PA,    PO Box 3913,
                  Tampa, FL 33601-3913
25094422         San Francisco Dist. Center,    Centerville Rd,    Suite 400,   Wilmington, DE 19808
25148000        +Savannah Capital,   618 Broughton Street,    Savannah, GA 31401-2905
25148060        +Savannah Capital LLC,    PO Box 8747,   Savannah, GA 31412-8747
25094423        +Savannah Trust,   Edgar L.T. Gay, Trustee,    136 Habersham Street,    Savannah, GA 31401-3823
25094425        +Wright Family Trust,    2018 E. 7th Ave,   Tampa, FL 33605-3902
25094426        +Wright Martino Partnership,    118 Martinique St.,    Tampa, FL 33606-4049
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25094407         E-mail/Text: bankruptcy@bbandt.com Dec 19 2014 23:02:28    Branch Banking and Trust,
                  200 West Second St.,    Winston Salem, NC 27101
25094406         EDI: BANKAMER.COM Dec 19 2014 22:58:00    Bank of America,    PO Box 22021,
                  Greensboro, NC 27420-2021
25094415         EDI: TDBANKNORTH.COM Dec 19 2014 22:58:00    Mercantile Bank,    P.O. Box 100201,
                  Columbia, SC 29202-3201
25094424        +EDI: WFFC.COM Dec 19 2014 22:58:00    Wells Fargo Financial Cards,    PO Box 14517,
                  Des Moines, IA 50306-3517
                                                                                              TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25094408*      ++BB AND T,   PO BOX 1847,   WILSON NC 27894-1847
                 (address filed with court:   Branch Banking and Trust,    200 West Second St,
                  Winston Salem, NC 27101)
25148056*      ++BB AND T,   PO BOX 1847,   WILSON NC 27894-1847
                 (address filed with court:   Branch Banking and Trust,    200 West Second St.,
                  Winston Salem, NC 27101)
25148058*       +Deville Corp,   2018 East 7th Ave,    Tampa, FL 33605-3902
25094416*       +Mercantile Bank,   PO Box 100201,    Columbia, SC 29202-3201
                                                                                       TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113A-8           User: admin              Page 2 of 2              Date Rcvd: Dec 19, 2014
                               Form ID: aPOCjck         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2014 at the address(es) listed below:

        David W Steen    on behalf of Debtor Thomas Salvador Martino dwsteen@dsteenpa.com,
         llints@dsteenpa.com;bsteen@dsteenpa.com;ssteen@dsteenpa.com;dlepierre@dsteenpa.com;rskeene@dsteen
         pa.com
        Douglas N Menchise    Dmenchise@verizon.net, FL57@ecfcbis.com
        United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 3

**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                          Case No. 8:14−bk−13452−CPM
                                                                             Chapter 7

Thomas Salvador Martino

_____Debtor(s)_____/

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

   Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is March 23, 2015 .

   A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

   A Proof of Claim form ("Official Form B 10") may be filed on−line at the Court's website − ***www.flmb.uscourts.gov,*** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

   Dated December 18, 2014 .

                                                                Lee Ann Bennett , Clerk of Court
                                                                Sam M. Gibbons United States Courthouse
                                                                801 North Florida Avenue, Suite 555
                                                                Tampa, FL 33602

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

   Copies furnished to:
All Interested Parties