UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re:*

THOMAS SALVADOR MARTINO,
Debtor.
_____/

CASE NO.: 8:14- bk-13452-CPM
Chapter 7

### FURTHER RESPONSE AND MOTION FOR SUMMARY JUDGMENT ON TRUSTEE'S OBJECTION TO EXEMPTIONS

THOMAS SALVADOR MARTINO, (hereinafter "Martino") does hereby file his Further Response and Motion For Summary Judgment as to the Trustee's Amended Objection To Exemptions, and as grounds therefor, states that:

### FURTHER RESPONSE

1. On or about April 14, 2015, The Chapter 7 Trustee, Douglas N. Menchise, filed an objection to the Debtor's claims of exemptions. (Doc. No. 41).

2. The scope of the objection is limited to the value of the household goods and furnishings allegedly in excess of the exemptions allowed and the Debtor's claim of TBE ownership of 37.5% of Gold Standard Properties, LLC. The amended objection was filed with the same limits of objection. (Doc. No. 43.)

3. The Debtor filed a Response with a general denial of the Objection. (Doc. No. 47)

4. The Trustee filed a Motion for Summary Judgment.

5. The Debtor accepts the Trustee's explanation of unities necessary to create a tenancy by the entirety in the State of Florida (TBE).

Page **1** of **4**

6. Exhibit "A" attached to the Trustee's Motion constitutes the document that serves to assign 37.5% of ownership of Gold Standard Properties, LLC to Thomas Martino and Pamela C. Martino, husband and wife, as tenants by the entirety.

## UNDISPUTED FACTS

The Debtor owned 37.5% of Gold Standard Properties, LLC prior to June 2, 2012. Mr. Martino assigned his ownership interest on June 2, 2012 as reflected on Exhibit "A" attached to the Trustee's Motion for Summary Judgment.

Exhibit "A" attached to the Motion states that the assignment is to husband and wife shown as tenants by the entirety. The household furnishings listed on Schedule B filed by the Debtor indicates Tenancy by the Entireties. Furthermore, Schedule C was duly amended to reflect such ownership of the household goods and furnishings as TBE. See copies attached hereto as Composite Exhibit "A" and by reference, made a part hereof.

## STANDARD FOR SUMMARY JUDGMENT

Summary judgment is appropriate if the pleadings and discovery, together with any supporting or opposing affidavits evidence no real issue as to any material fact, and the applicable law supports a judgment. Fed. R. Civ. P. 56 as made applicable by Bankruptcy Rule 7056; Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). Mere assertions alone do not establish the existence of a genuine issue of material fact. First Nat. Bank of Ariz. V. Cities Serv. Co., U.S. 253, 289 (1968).

## ARGUMENT

The Trustee relies upon the proposition that Mr. Martino's prior ownership of an interest in Gold Standard Properties, LLC before assigning such interest means that the interest of husband and wife did not commence at the same time. Therefore, the requirement of unity in time was not met. The Trustee cites Judge Hyman's decision in In re Aranda, 08-26059-BKC-PGH, 2011 WL 87237, (Bankr. S.D. Fla 2011). The relevant facts in that case reflect that the husband opened a single-party account at a bank. Later, the husband added his wife as co-owner of the account in an effort to create a tenancy by the entirety. Judge Hyman decided that such status of TBE did not exist because the addition of the wife to the account lacks the unity of time. However, adding a spouse to an existing account is different from an assignment to husband and wife. See In re Kossow, 325 B.R. 478, 487 (Bankr. S.D. Fla. 2005). The Kossow case was also decided by Judge Hyman. This case involved personal property owned by the Debtor before marriage. After marrying, the Debtor assigned personal property to himself and his spouse as TBE. The judge agreed that the property transferred by assignment was TBE and exempt from levy by the husband's creditors. See also In re Caliri, 347 B.R. at 798 (Bankr. M.D. Fla 2006), where Judge Briskman recognized that personal property of a debtor can be transferred through an assignment to create ownership as TBE.

As for the objection to the household furnishings and goods, Schedule B specifically states that the ownership of household furnishings is held as tenants by the entirety. Furthermore, Schedule C was duly amended to reflect such ownership exemption.

## CONCLUSION

It is quite evident from the Assignment, and the Bankruptcy Schedules hat the Debtor and his spouse own their household furnishings and interest in Gold Standard as tenants by the

entirety. The case law supports the fact that TBE can be established where the prior property interest of one of the spouses is conveyed by transfer or assignment to both husband and wife. The courts have recognized the distinction between adding a spouse to an existing account or property interest; and having a separate assignment of property or creating a new TBE account. Therefore, the Trustee's Objection should be overruled and the exemptions allowed.

WHEREFORE, THOMAS SALVADOR MARTINO prays that this Court grant this Motion, overrule the Trustee's Objection to Exemptions and for such other and further relief as is just and proper.

DAVID W. STEEN, P. A.

/s/ David W. Steen
DAVID W. STEEN, ESQUIRE
Florida Bar No.: 221546
602 South Boulevard
Tampa, FL 33606
Telephone:   (813) 251-3000
E Mail:       dwsteen@dsteenpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail and/or electronic mail (CM/ECF) to: United States Trustee, 501 E. Polk St., Ste. 1200, Tampa, Florida 33602; Douglas N. Menchise, Trustee, 2963 Gulf To Bay Blvd., #300, Clearwater, FL 33759; and Chris Kasten, Esquire, BUSH ROSS, P.A., P.O. Box 3913, Tampa, FL 33601-3913 on this 6th day of May, 2015.

/s/ David W. Steen
DAVID W. STEEN, ESQUIRE

B6B (Official Form 6B) (12/07)

In re   Thomas Salvador Martino                         Case No.   8:14-bk-13452
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand | - | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | Financial Account with Ameriprise (Tenancy by Entirety) | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >   200.00
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

COMPOSITE
EXHIBIT
" A "

B6B (Official Form 6B) (12/07) - Cont.

In re   Thomas Salvador Martino                                          Case No.   8:14-bk-13452
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Foyer-Bookcase, Wall Mirror, Painting<br>Family Rm-2 Lazy Boy Sofas, Coffee Table, End Table, Wall Unit, 61" Sharp TV, Side Table, Mini Bar Cabinet, Mini Fridge, Wine Rack, Lamp, 3 Paintings, Faux Zebra&Deer Head, Ceiling Fan, Bathroom Sketch Painting<br>Garage-Tools, Baseball bats, Mops, Brooms, Cleaning Supplies, X Mas Decor, Vaccum, Clothes Steamer<br>Kitchen-Glass Table/4 Chairs, GE Refrigerator, Silverware, Glassware, Dinnerware, Pots&Pans, 25" Vizio TV , Candle Holder, Decorative Wall Plates, Ice Bucket, Print Art, Decorative Dish, Religous Iron, 3 Stools, China, Silver Pieces, Crystal Glasses<br>Dining Rm/Living Rm-Dining Room Table/6 Chairs, Side Table, China Cabinet, Sofa, Chair and Ottoman, 2 Side Chairs, Coffee Table, 2 End Tables, Mini Piano (Suzuki), Wall Mirror, Bathroom Sketch Painting, Oriental Rug 5'8', Lamp, Chandelier, Artificial Plant, Cork Side Table, Decorative Vases (2)<br>Guest Bedroom-Ceiling Fan, Lamp, Dresser w six drawers, Side Table, Dresser w 3 drawers, 36" Westinghouse TV<br>Master Bedroom-Toshiba 38" TV, Bed w Footboard and Headboard, 2 End Tables, Dresser w/Mirror, Chester Drawers, Tapestry, Lamp, Bench<br>Hallway -Built In Bookshelf, Frigidaire Affinity Washer, Frigidaire Affinity Dryer, Epson Copy Machine Table Top, SideTable, Books, VCR Movies, XBox<br>(Tenancy by Entirety) | - | 4,675.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Autographed Photo of Danny Wuerffel | - | 180.00 |
| 6. Wearing apparel. | | 8 Ties, 2 Belts, 9 pair Shoes, Hat, 4 Suits, 4 Sport Coats | - | 70.00 |
| 7. Furs and jewelry. | | Timex Watch | - | 5.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 Bikes, Golf Clubs, Guitar, 270 Remington Rifle, Barretta 45 Revolver, Derringer Pistol | - | 400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lincoln Mutual Life Insurance Company ($50,000.00 benefit) | - | 5,519.38 |

Sub-Total >   10,849.38
(Total of this page)

Sheet   1   of   4   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Thomas Salvador Martino                          Case No.  8:14-bk-13452
                       Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Law Offices of Thomas Martino, P.A. (100%) | - | 0.00 |
| | | Deville Corp.<br>50% Tenants by the Entireties | - | 0.00 |
| | | Arrawana LLC (Sole Member) | - | 0.00 |
| | | Gold Standard Properties LLC - 38 1/2% Tenancy by Entireties | - | 0.00 |
| | | Wright Martino Partnership (50%) (Tenancy by Entirety) | - | 163,862.50 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >      163,862.50
(Total of this page)

Sheet  2  of  4  continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Thomas Salvador Martino**                                   Case No.   __8:14-bk-13452__
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Buick 4D Lacross Vin No. 1G4GC5EG1AF206916 (no equity) | - | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >   10,000.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Thomas Salvador Martino                                          Case No.   8:14-bk-13452
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >           0.00
(Total of this page)
Total >         184,911.88

Sheet  4  of  4   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case LLC - www.bestcase.com                Best Case Bankruptcy

In re  Thomas Salvador Martino                                    Case No.  8:14-bk-13452
                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under.   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $155,675.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 114 East Davis Blvd. #3 Tampa, FL 33605 (Tenancy by Entirety) | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 50,453.16 | 450,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Financial Account with Ameriprise (Tenancy by Entirety) | 11 U.S.C. § 522(b)(3)(B) | 0.00 | 0.00 |
| **Household Goods and Furnishings** | | | |
| Foyer-Bookcase, Wall Mirror, Painting Family Rm-2 Lazy Boy Sofas, Coffee Table, End Table, Wall Unit, 61" Sharp TV, Side Table, Mini Bar Cabinet, Mini Fridge, Wine Rack, Lamp, 3 Paintings, Faux Zebra&Deer Head, Ceiling Fan, Bathroom Sketch Painting Garage-Tools, Baseball bats, Mops, Brooms, Cleaning Supplies, X Mas Decor, Vaccum, Clothes Steamer Kitchen-Glass Table/4 Chairs, GE Refrigerator, Silverware, Glassware, Dinnerware, Pots&Pans, 25" Vizio TV, Candle Holder, Decorative Wall Plates, Ice Bucket, Print Art, Decorative Dish, Religous Iron, 3 Stools, China, Silver Pieces, Crystal Glasses Dining Rm/Living Rm-Dining Room Table/6 Chairs, Side Table, China Cabinet, Sofa, Chair and Ottoman, 2 Side Chairs, Coffee Table, 2 End Tables, Mini Piano (Suzuki), Wall Mirror, Bathroom Sketch Painting, Oriental Rug 5'8', Lamp, Chandelier, Artificial Plant, Cork Side Table, Decorative Vases (2) Guest Bedroom-Ceiling Fan, Lamp, Dresser w six drawers, Side Table, Dresser w 3 drawers, 36" Westinghouse TV Master Bedroom-Toshiba 38" TV, Bed w Footboard and Headboard, 2 End Tables, Dresser w/Mirror, Chester Drawers, Tapestry, Lamp, Bench Hallway -Built In Bookshelf, Frigidaire Affinity Washer, Frigidaire Affinity Dryer, Epson Copy Machine Table Top, SideTable, Books, VCR Movies, XBox (Tenancy by Entirety) | Fla. Stat. Ann. § 222.25(4) 11 U.S.C. § 522(b)(3)(B) | 4,000.00 675.00 | 4,675.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Autographed Photo of Danny Wuerffel | Fla. Const. art. X, § 4(a)(2) | 180.00 | 180.00 |
| **Wearing Apparel** | | | |
| 8 Ties, 2 Belts, 9 pair Shoes, Hat, 4 Suits, 4 Sport Coats | Fla. Const. art. X, § 4(a)(2) | 70.00 | 70.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

In re: Thomas Salvador Martino
Debtor

Case No. 8:14-bk-13452

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** Timex Watch | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** 2 Bikes, Golf Clubs, Guitar, 270 Remington Rifle, Barretta 45 Revolver, Derringer Pistol | Fla. Const. art. X, § 4(a)(2) | 400.00 | 400.00 |
| **Interests in Insurance Policies** Lincoln Mutual Life Insurance Company ($50,000.00 benefit) | Fla. Stat. Ann. § 222.13 | 5,519.38 | 5,519.38 |
| **Stock and Interests in Businesses** Deville Corp. 50% Tenants by the Entireties | 11 U.S.C. § 522(b)(3)(B) | 0.00 | 0.00 |
| Arrawana LLC (Sole Member) | Fla. Const. art. X, § 4(a)(2) | 0.00 | 0.00 |
| Gold Standard Properties LLC - 38 1/2% Tenancy by Entireties | 11 U.S.C. § 522(b)(3)(B) | 0.00 | 0.00 |
| Wright Martino Partnership (50%) (Tenancy by Entirety) | 11 U.S.C. § 522(b)(3)(B) | 0.00 | 163,862.50 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2010 Buick 4D Lacross Vin No. 1G4GC5EG1AF206916 (no equity) | Fla. Stat. Ann. § 222.25(1) | 0.00 | 10,000.00 |

Total: 61,302.54   634,711.88

Sheet 1 of 1 continuation sheets attached to the Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: Thomas Salvador Martino

Debtor

Case No. 8:14-bk-13452
Chapter 7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 4-21-15

Signature: _____
Thomas Salvador Martino
Debtor

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.