UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                    Chapter 7

THOMAS SALVADOR MARTINO,                      Case No. 8:14-bk-13452- KRM

    Debtor.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR FURTHER EXTENSION
OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBTS**

THIS CASE came on for consideration of the Unopposed Motion for Further Extension of Time to File Complaint Objecting to Dischargeability of Debts (Doc. No. 44 ) (the "**Motion**") filed by creditors Frank B. Wright, Wright Martino Partnership, and the Wright Family Trust (the "**Creditors**"). The Court previously entered its Order Granting Motion to Extend Time (Doc. No. 30), which provided that further extensions would be granted if the Debtor has no objection. By submission of this Order, counsel for Creditors represents that the Debtor consents to its entry. Accordingly, it is

ORDERED that:

1.    The Motion is granted.

2.    The deadline for the Movants to file a complaint to object to dischargeability of debt is extended until June 15, 2015.

3.    This Order shall be without prejudice to the Creditors seeking further extensions.

DATED: May 11, 2015

                                        K.RODNEY MAY
                                        United States Bankruptcy Judge

Scott A. Stichter is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.