UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

THOMAS SALVADOR MARTINO,   CASE NO.: 8:11-bk-13452-CPM
Debtor.
_____/   Chapter 7

THOMAS S. MARTINO'S RESPONSE TO
TRUSTEE'S AMENDED OBJECTION TO DEBTOR'S
CLAIM OF EXEMPTIONS (DOC. NO. 43)

THOMAS S. MARTINO, the Debtor herein, does hereby file this Response to Trustee's Amended Objection to Debtor's Claim of Exemptions (Doc. No. 43), and as to the correspondingly numbered paragraphs, states that:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted, but the authority for the exemption has been corrected to reflect exemption as tenants by the entirety 11 U.S.C. §522(b)(3)(B).

5. Denied.

6. Denied.

DAVID W. STEEN, P.A.

*/s/ David W. Steen*
David W. Steen, Esquire
Florida Bar No.: 221546
602 South Boulevard
Tampa, FL 33606
Telephone:   (813) 251-3000
E-Mail:      dwsteen@dsteenpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of THOMAS S. MARTINO'S RESPONSE TO TRUSTEE'S AMENDED OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS (DOC. NO. 43), and has been furnished by electronic and/or U.S. Mail to the U.S. Trustee, 501 E. Polk Street, Tampa, FL 33602; Douglas N. Menchise, Trustee, 2963 Gulf To Bay Blvd., #300, Clearwater, FL 33759; Chris Kasten, Esquire, BUSH ROSS, P.A., P.O. Box 3913, Tampa, FL 33601-3913; and all creditors on the attached Creditor's Matrix on the _21st_ day of May, 2015.

/s/ *David W. Steen*
David W. Steen, Esquire

Label Matrix for local noticing
113A-8
Case 8:14-bk-13452-KRM
Middle District of Florida
Tampa
Thu May 21 09:05:35 EDT 2015

K. Rodney May
Tampa

Bank of America
PO Box 22021
Greensboro, NC 27420-2021

Callen Trust
PO Box 8747
Savannah, GA 31412-8747

Gold Standard Properties LLC
2018 East 7th Ave
Tampa, FL 33605-3902

JH Portfolio Debt Equities LLC
JD Receivables LLC
P. O. Box 382656
Germantown, TN 38183-2656

Mercantile Bank
P.O. Box 100201
Columbia, SC 29202-3201

Portfolio Asset Group
c/o
Mercantile Adjustment Bureau
35A Rust Lane
Boerne, TX 78006-8202

SA ACQUISITION LLC
c/o A. Christopher Kasten, II, Esq.
Bush Ross, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913

San Francisco Dist. Center
Centerville Rd
Suite 400
Wilmington, DE 19808

Cavalry Portfolio Services
500 Summit Lake Dr, Ste 400
Valhalla, NY 10595-2322

SA Acquistion, LLC
c/o Bush Ross, P.A.
Attn: A. Christopher Kasten, II, Esq.
P.O. Box 3913
Tampa, FL 33601-3913

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Heritage Bank of Florida
fdic
550 17th Street NW
Washington, DC 20429-0001

Leslie Fineman
Pensco Trust Company
fbo Leslie Fineman IRA
23420 Mirabella Circle S
Boca Raton, FL 33433-6128

Old Dominion Ins. Co.
4601 Touchstone Rd
Suite 3300
Jacksonville, FL 32246-4485

Pushpin Holdings, LLC
1 Penn Plaza
Box 6255
New York, NY 10119-0002

SAVANNAH CAPITAL, LLC
ALLISON C. DOUCETTE, ESQUIRE
ANTHONY & PARTNERS, LLC
201 North Franklin Street, Suite 2800
Tampa, Florida 33602-5816

Savannah Capital
618 Broughton Street
Savannah, GA 31401-2905

Thomas Salvador Martino
114 East Davis Blvd. #3
Tampa, FL 33606-3507

Savannah Capital, LLC
Allison C. Doucette, Esq.
Anthony & Partners, LLC
201 N. Franklin Street
Suite 2800
Tampa, FL 33602-5816

Bright House Networks
One Galleria Tower
13355 Noel Rd S.
Dallas, TX 75240-6602

Deville Corp
2018 East 7th Ave
Tampa, FL 33605-3902

JH Portfolio Debt Equities
c/o Credit Control, LLC
5757 Phantom Dr.
Suite 330
Hazelwood, MO 63042-2429

Medmarc Casualty Ins Co.
PO Box 10809
Chantilly, VA 20153-0809

Platinum Bank
802 W. Lumsden Rd.
Brandon, FL 33511-6279

S.A. Aquisitions
c/o A. Christopher Kasten II
Bush Ross, PA
PO Box 3913
Tampa, FL 33601-3913

SAVANNAH CAPITAL, LLC
JOHN A. ANTHONY, ESQ
ANTHONY & PARTNERS, LLC
201 North Franklin Street, Suite 2800
Tampa, Florida 33602-5816

Savannah Capital LLC
PO Box 8747
Savannah, GA 31412-8747

| | | |
|---|---|---|
| Savannah Trust<br>Edgar L.T. Gay, Trustee<br>136 Habersham Street<br>Savannah, GA 31401-3823 | Savannah Trust<br>L.T. Gay, Trustee<br>136 Habersham Street<br>Savannah, GA 31401-3823 | TD Bank N.A.<br>Attn: Bankruptcy Dept.<br>ME2-002-035<br>P.O. Box 9547<br>Portland, ME 04112-9547 |
| Wells Fargo Financial Cards<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Wright Family Trust<br>2018 E. 7th Ave<br>Tampa, FL 33605-3902 | Wright Martino Partnership<br>118 Martinique St.<br>Tampa, FL 33606-4049 |
| Douglas N Menchise +<br>2963 Gulf to Bay Boulevard<br>Suite 300<br>Clearwater, FL 33759-4255 | A. Christopher Kasten II+<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | David W Steen +<br>David W Steen PA<br>602 S Boulevard<br>Tampa, FL 33606-2630 |
| Scott A. Stichter +<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Douglas N Menchise, Attorney for Trustee +<br>2963 Gulf to Bay Boulevard<br>Suite 300<br>Clearwater, FL 33759-4255 | United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| John A Anthony +<br>Anthony & Partners, LLC<br>201 North Franklin Street, Suite 2800<br>Tampa, FL 33602-5816 | Allison Doucette +<br>Anthony & Partners LLC<br>201 North Franklin Street<br>Suite 2800<br>Tampa, FL 33602-5816 | A. Christopher Kasten, Attorney for Trustee<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Branch Banking and Trust<br>200 West Second St<br>Winston Salem, NC 27101 | (d)Branch Banking and Trust<br>200 West Second St.<br>Winston Salem, NC 27101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Frank B. Wright, Wright Martino Partnershi<br>Stichter Riedel Blain & Prosser, P.A.<br>110 E. Madison St., Ste. 200 | (d)Deville Corp<br>2018 East 7th Ave<br>Tampa, FL 33605-3902 | (d)Mercantile Bank<br>PO Box 100201<br>Columbia, SC 29202-3201 |

```
End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48
```